# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1340

_____

| | | |
|---|---|---|
| Alfred Lee Mauldin, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| T. C. Outlaw, Warden, | * | |
| FCI - Forrest City, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: August 4, 2011
Filed: August 12, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Alfred Mauldin appeals the district court's[1] dismissal without prejudice of his 28 U.S.C. § 2241 petition. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons stated by the district court. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.